**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01000-RM-CBS

MITCH SHEPPARD, MELISSA S. LOFTON, MANUEL MENDOZA, WILLIAM P.
DELAMERE and VINCENT PEREZ, individually and on behalf of all persons similarly
situated,

        Plaintiffs,

v.

WEATHERFORD INTERNATIONAL, LLC F/K/A WEATHERFORD INTERNATIONAL,
INC., and PRECISION ENERGY SERVICES, INC.,

        Defendants.

---

## ORDER GRANTING REQUEST FOR EXTENSION OF STAY

---

      Upon consideration of the Parties' Joint Status Report and Request for Extension of Stay

(ECF No. 83), and upon good cause shown, it is ORDERED that all proceedings in this case are

stayed through January 29, 2016.

      The Parties shall file a joint status report regarding mediation and settlement on or before

January 29, 2016.

      DATED this 10th day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge